**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *KAREN LANICE HULL*, | ) | Docket Number:    24-cv-1997 |
|     Plaintiff, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| *NAVY FEDERAL CREDIT UNION,* | ) | |
| *SYNCHRONY FINANCIAL,* | ) | |
| *EQUIFAX INFORMATION SERVICES L.L.C.,* | ) | |
| *EXPERIAN INFORMATION SOLUTIONS, INC.,* | ) | |
| *and TRANSUNION INTERACTIVE, INC.,* | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S**
**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSUNION**

Plaintiff respectfully notifies the Court that, pursuant to Federal Rule of Civil Procedure Rule

41(a)(1)(A)(i), Plaintiff dismisses with prejudice any claim against Defendant TransUnion.

Respectfully submitted,
Plaintiff Karen Hull's Counsel
Paúl Camarena
*/s/ Paúl Camarena*
Paúl Camarena, Esq.
540 Court St., No. 4015
Brooklyn, NY 11231
(312) 493-7494
paulcamarena@paulcamarena.com
NY Atty No: 3991981