IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN COURTHOUSE

| | | |
|---|---|---|
| KAREN LANICE HULL, | ) | 24 cv 1997 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | |
| SYNCHRONY FINANCIAL, | ) | |
| EQUIFAX INFORMATION SERVICES L.L.C., | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| and TRANSUNION INTERACTIVE, INC., | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S AGREED MOTION TO DISMISS ALL DEFENDANTS
EXCEPT DEFENDANT SYNCHRONY FINANCIAL**

    Plaintiff respectfully moves this Honorable Court to dismiss with prejudice any claim as to all Defendants, except for Defendant Synchrony Financial.  All the Respondent Defendants agree with Plaintiff's instant motion.

    Respectfully submitted,
    Plaintiff's Counsel
    */s/ Paúl Camarena*
    Paúl Camarena, Esq.
    500 So. Clinton, No. 132
    Chicago, IL 60607
    (312) 493-7494
    pcamarena@northsedgwicklaw.com