IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *KAREN LANICE HULL*, <br>  Plaintiff, <br> <br> *v.* <br> <br> *SYNCHRONY FINANCIAL*, <br>  Defendant. | Docket Number:   24-cv-1997 |

**PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT SYNCHRONY FINANCIAL**

The parties respectfully stipulate to the Court's dismissal with prejudice as to Defendant Synchrony.

Respectfully submitted,
Plaintiff Karen Hull's Counsel
Paúl Camarena
*/s/ Paúl Camarena*
Paúl Camarena, Esq.
540 Court St., No. 4015
Brooklyn, NY 11231
(312) 493-7494
paulcamarena@paulcamarena.com
NY Atty No: 3991981

Attorney for Synchrony
/s/ Ofunne Edoziem
Ofunne Edoziem
Reed Smith LLP
599 Lexington Ave.
New York, NY 10022
(212) 521-5400
oedoziem@reedsmith.com